```
                                                        FILED
                                                    IN OPEN COURT

        IN THE UNITED STATES DISTRICT COURT         JUN - 7 2016
        FOR THE EASTERN DISTRICT OF VIRGINIA
                 Norfolk Division                CLERK, U.S. DISTRICT COURT
                                                       NORFOLK, VA
```

UNITED STATES OF AMERICA    )
                            )
      v.                    )   Criminal No. 2:16mj123
                            )
LAZIZ ERALIYEV,             )
                            )
      Defendant.            )

## STATEMENT OF FACTS

The parties stipulate that the allegations in the criminal information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. Beginning in or about April 2015 and continuing until his arrest on March 8, 2016, the defendant was involved in a scheme to fraudulently obtain United States government funds. The source of these funds was fraudulent United States Individual Income Tax returns that were filed using the identities of genuine taxpayers. The defendant, LAZIZ ERALIYEV, was not involved in filing the fraudulent income tax returns, nor in stealing the identities of the taxpayers that were used to file the returns.

2. The defendant's role, rather, was to manage various bank accounts into which the fraudulent income tax refunds flowed. In total, the defendant opened, deposited, and withdrew funds from six different bank accounts at three different financial institutions – BB&T Bank, Bank of America, and SunTrust Bank. These six bank accounts were opened in the name of an individual from Kazakhstan who had previously come to the United States on a short-term, non-immigrant visa, but who had left the United States in 2013.

*E.L.*
*SK*
*MCD*

3. In managing these accounts, the defendant traveled to bank branches in Virginia Beach, Virginia on numerous occasions in order to open accounts, make deposits, and withdraw the fraudulently obtained funds.

4. Virginia Beach, Virginia, is in the Eastern District of Virginia.

5. The losses to the IRS and financial institutions as a result of the defendant's activities totaled less than $40,000.00.

6. The acts taken by the defendant, LAZIZ ERALIYEV, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law and were not committed by mistake, accident, or other innocent reason. Upon contact with law enforcement at the time of his arrest, the defendant was cooperative and forthcoming.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: /s/ V. Kathleen Dougherty
V. Kathleen Dougherty
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail - v.kathleen.dougherty@usdoj.gov

2

*United States v. Laziz Eraliyev*, 2:16mj123

<u>Defendant's Signature</u>: After consulting with my attorney and pursuant to the plea agreement entered into this day between myself, the United States, and my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
LAZIZ ERALIYEV

<u>Defense Counsel's Signature</u>: I am LAZIZ ERALIYEV's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Suzanne V. Katchmar, Esq.
Counsel for Defendant

3

